# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| SHINN FU COMPANY OF AMERICA, INC.. ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> CENTRAL PURCHASING, INC, d/b/a HARBOR FREIGHT TOOLS, a California , <br><br> Defendant. | No. 07-6019-CV-SJ-DW |

## ORDER

Before the Court is Plaintiffs' Notice of Dismissal. Pursuant to the Notice, this case is hereby DISMISSED WITH PREJUDICE with each party to bear its own costs. The Clerk of the Court shall mark this case as closed.

Date:   August 28, 2007                                   /s/ Dean Whipple
                                                          Dean Whipple
                                                          United States District Judge